# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Ruben T. Sprouse
(Enter Above the Name of the Plaintiff in this Action)

1:23CV353.

J. HOPKINS

MJ. LITKOVITZ

vs.

Detective Jason Newman
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Miria Mitchell
Melissa Coburn
Ricky Rice
Desire Flannery
Laura Brown

**COMPLAINT**

RECEIVED

JUN - 9 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Ruben T. Sprouse
Name - Full Name Please - PRINT

5258 St Rt 650
Street Address

Ironton, Ohio 45638
City, State and Zip Code

740-532-8256
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Deputy, Jason Newman**
   Name - Full Name Please
   **Lawrence Co Sheriff Dept. 115 S. Fifth St Ironton, Ohio 45638**
   Address: Street, City, State and Zip Code

2. **Desiree Flanery - Pitiful Paws Rescue**
   **1020 Co. Rd. 35 Chesapeake, Ohio 45619**

3. **Mirja Mitchell - Pitiful Paws Rescue**
   **1020 Co. Rd. 35 Chesapeake, Ohio 45619**

4. **Ricky Rice**
   **Co. Rd 26 - Twp. Rd 335 Box 146 Ironton, Ohio 45638**

5. **Melissa Coburn**
   **P.O. Box 150 South Point, Ohio 45680**

6. **Laura Brown - Lawrence Co. Humane Society**
   **1003 S. Seventh St Ironton, Ohio 45638**

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See Attached A1, A2.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 93PI000444 | Ruben Sprouse vs. Intermet Foundries Inc. NJA |
| 92PI000678 | Ruben T. Sprouse vs. Terry L. Taylor NJA |
| 06OC000376 | Ruben T. Sprouse vs. Jennifer L. Miller CC |
| 07CA000032 | Ruben T. Sprouse vs. Jennifer S. Miller |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

See Attached B

I state under penalty of perjury that the foregoing is true and correct. Executed on this 6 day of June, 2023.

_Ruben T Sprouse_
Signature of Plaintiff

-4-

On 06-11-21, (2) Desiree Flannery and (3) Miria Mitchell came to my residence at 5258 St. Rt. 650, Ironton, Ohio requesting to purchase a beagle. Both women were in plain clothes. I showed them the dogs that I had available. They purchased a Rat Terrier and I gave them an older beagle. While I was talking to Ms. Flanery, Ms. Mitchell took pictures on her cell phone of the pen area and my dogs without my permission. They also looked at my rabbits and pens while on my property. The women noticed a shepherd pup that was in the yard near my home and offered me $200.00 for the non registered dog. It was a large offer, so I sold the shepherd pup. I explained that the dogs had just been wormed. They left with 3 dogs in their possession.

On 06-18-21, (1) Det. Jason Newman, the Humane Officer, for the Lawrence County Sheriff Office and 2 other deputies arrived at my residence with a search warrant signed by Judge Patricia Sanders. She is the probate and juvenile judge for Lawrence County, Ohio. The warrant was in the name of my son, Ruben T. Sprouse Jr. I Ruben T. Sprouse Sr. own the dogs. Upon being told the warrant was in the wrong name, Dep. Newman said it does not matter. He then produced a paper and told me to sign it or he was going to take me to jail. He would not let me see the entire sheet, keeping the top folded over while insisting that I sign. He kept his hand on his firearm the entire time and I signed the paper not knowing what it stated. I repeatedly stated that I was not giving up my dogs and was assured my signature was only to have them checked by a vet tech on my property. Once I signed the paperwork, a crew was called and they began the removal of my dogs. When I asked what was going on I was told the vet tech was not available and the dogs would have to be taken to South Point, Ohio to have them checked and would be returned later in the evening. Pictures were taken of most of the dogs as they were being removed. One of my dogs was diabetic and they refused to take it because it had a seizure when it was removed from its cage.

When my dogs were not returned, I placed a call to the Lawrence County Sheriff Office, at which time I was advised that the paper that I signed earlier that day was to release my dogs to the Lawrence County Humane Society.

My civil rights was violated and I was not given due process of inspection. I did not get recovery time before my dogs were removed.

I later learned that (4) Gary (Ricky) Rice picks up stray dogs and takes them to, (5) Melissa Coburn, who considers herself an animal rights activist. She had an organization called: Friends of Lawrence County. She then contacts Pitiful Paws Rescue to initiate removal of animals. Desiree Flanery and Miria Mitchell are from Pitiful Paws Rescue. The dog that was originally picked up near my residence was indeed a stray that had been attracted to my residence by my dogs. I feel that Detective Newman conspired with the assistant prosecutor to file criminal charges in an attempt to keep my dogs away from me. Charges were filed, but discovered to be unfounded and

the case was dropped after approximately 3 months.

(6) Laura Brown, President of the Lawrence County Humane Society, was aware of all of the prior proceedings. She did not follow through to make sure all of my dogs were returned. She only issued a statement on Facebook saying anyone with any of the dogs needed to return them or charges would be filed against anyone choosing not to return the dogs. The dogs had been fostered out to numerous facilities and individuals. Seven dogs were eventually returned of the 67 that had been removed. The training that these dogs had received had been lost. I spent 20 years building my bloodlines which produced many Champion Field Trial Beagles.

I am seeking monetary compensation in the amount of $ 5,635,000.00 and the return of my dogs. This includes the 20 years of building my reputation in kennel of rabbit dogs, along with the breeding and training field trial beagles. The dogs removed from my property at 5258 St. Rt. 650, Ironton, Ohio, 45638 on 06-18-21 included: Field Trial Champions, Bench Champions, and World Field Trial Champions. My reputation as a trainer and breeder has been tarnished. I also have a license as a field trial judge and bench show judge.

I have been harassed and threatened by the public due to media releases in this matter. My family members fear to go out in public.