# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Ruben T. Sprouse,
    **Plaintiff,**

-vs-                                           Case No. 1:23-CV-353

Miria Mitchell, et al.,
    **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[ X ]** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

This Court **OVERRULES** Plaintiff's Objection (Doc. 6), **ADOPTS** the R&R (Doc. 4), and **DISMISSES** Plaintiff's claims against Defendants Miria Mitchell, Melissa Coburn, Ricky Rice, and Desire Flannery, as well as all claims against Defendants Newman and Brown except for the Fourteenth Amendment due process claims, **WITH PREJUDICE**.

Date: September 5, 2024                       Richard W. Nagel, CLERK

                                                                          By: s/ K. VanDyke

                                                                          Deputy Clerk